# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 307-09380-GP3-13 |
| SABRINA FULLER, ) | Chapter 13 |
| ) | Judge Paine |
| ) | |
| Debtor. ) | DATE SET: February 25, 2008 |

## AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION
## OF MARKONE FINANCIAL

The parties file this Agreed Order Resolving the Objection to Confirmation filed by Mark One Financial ("Creditor"). In support of this Agreed Order, the parties would show the Court:

1. Creditor filed an Objection to Confirmation with this Court on February 5, 2008.

2. The parties agree that Creditor's claim will be paid under the confirmed plan with a secured value of $10,144.47, will paid eight percent and one-quarter (8.25%) interest thereon with monthly payments under the Chapter 13 Plan of a minimum of $206.91.

3. The parties agree that, subsequent to entry of this Agreed Order and prior to the confirmation of the Plan, the proposed plan shall be modified so that Creditor shall be paid adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) in the amount of $125.00.

4. The parties would show that the above treatment of Creditor's claim resolves all objections raised by Creditor.

5. All other matters contained in the Order Confirming Chapter 13 Plan shall remain the same.

{00253551.1}

Case 3:07-bk-09380   Doc 19   Filed 02/15/08   Entered 02/15/08 11:31:15   Desc Main
Document      Page 1 of 3

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

PREPARED FOR ENTRY:

/s/ David M. Anthony
David M. Anthony
Bone McAllester Norton, PLLC
511 Union Suite 1600
Nashville, TN 37219
danthony@bonelaw.com
(615) 238-6321
(615) 687-5599 (facsimile)
Attorneys for Mark One Financial


/s/ Mary Elizabeth Ausbrooks
Mary Elizabeth Ausbrooks
Clark & Washington, PC
237 French Landing Drive
Nashville, TN 37228
(615) 251-9782
(615) 251-8919 (facsimile)
mausbrooks@cw13.com
Attorney for Debtor


Henry E. Hildebrand, III
Office of the Chapter 13 Trustee
P.O. Box 190664
Nashville, Tennessee 37219
Phone: 615/259-9344
Fax: 615/242-3241
Hhecf@ch13nsh.com
Chapter 13 Trustee

{00253551.1}

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the foregoing has been served via United States Mail, first class, postage prepaid to the following persons:

    U.S. Trustee
    701 Broadway
    Suite 318
    Nashville, Tennessee  37203

this 12th day of February, 2008.

                                      /s/ David Anthony
                                      David Anthony